PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CECIL LITTLE, | ) | |
| | ) | CASE NO. 3:20-CV-2527 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ED SHELDON, WARDEN, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | [Regarding ECF No. 1] |

On March 6, 2023, the assigned Magistrate Judge James E. Grimes Jr. issued a Report and Recommendation denying Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2254 as time-barred.[1]

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. In the instant case, objections to the Report and Recommendation were due by March 20, 2023. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

---

[1] In the alternative, the assigned magistrate judge's Report and Recommendation also indicates that Petitioner's request for habeas relief is procedurally defaulted and should also be denied on the merits.

(3:20-CV-2527)

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. ECF No. 13.  Petitioner's writ of habeas corpus petition is denied.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed R. App. P. 22(b).

IT IS SO ORDERED.

 March 27, 2023                                                  */s/ Benita Y. Pearson*
 Date                                                                   Benita Y. Pearson
                                                                              United States District Judge